AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:08-cr-170-SEB-TAB-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JOHN NORRIS | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 172 months is reduced to time served as of November 10, 2020. The term of supervised release remains 5 years.

☒ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released.

☒ The defendant's previously imposed conditions of supervised release as set forth in the Judgment and Commitment Order of March 10, 2010 are unchanged except as follows:

(1) Mr. Norris is ORDERED to serve the first year of his supervised release on home detention with GPS monitoring.

(2) Special Condition #2 is **revised** such that Mr. Norris is **ORDERED** to "participate in a program of testing for substance abuse to include *at least* eight drug tests per month and shall pay a portion of the fees for testing." Dkt. 49 at 3. Further, "If Mr. Norris relapses in terms of his use of controlled substances, he may be required to participate in counseling and treatment programs as directed by the Probation Office."

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(3) Mr. Norris is further ORDERED to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.

☒ OTHER:

The Bureau of Prisons is ordered to effect the release of the defendant by 4:00 p.m. on November 13, 2020. The defendant's USM Number is 09123-028. Counsel for the United States is ordered to transmit this Order to Mr. Norris' custodian within 24 hours after it is docketed.

IT IS SO ORDERED.

Date: 11/10/2020

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel